# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GREGORY GRANGER, JR. AND
THERESA ANN SOTO GRANGER

NO.  2025 CW 1202

VERSUS

MK MALL HOLDINGS, L.L.C. AND
ABC INSURANCE COMPANY

**FEBRUARY 09, 2026**

---

In Re:     Nautilus Insurance Company, applying for supervisory
           writs, 16th Judicial District Court, Parish of St.
           Mary, No. 135724.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DENIED.**

                              **KEB**
                              **BDH**

     **Theriot, J.,** dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.